10.22.20

Jermaine Nibbs

Case Number: 1:S2 12CR00863-10 (LAP)

USM Number: 67743-054

Name and Title of Judge:
- Loretta A. Preska, chief U.S.D.J.

**RECEIVED**

OCT 27 2020

LORETTA A. PRESKA
U.S. DISTRICT JUDGE
S.D.N.Y.

10.22.20

Dear your honor,

I am writing this letter in regards to my time served and possible early release from probation.

Since being released from federal prison in 2018, I have maintained steady employment. On 7.25.18, I received a "10hr Osha 29 CFR construction 1926 Safety + health training certificate. On 7.26.18, I became "Safety Certified" by completing a flagging course. On 9.10.18, I completed a "Teaching Us professional attitude concepts" and received a certificate. On 3.4.2019, I started working my current job at "The University Consultation and treatment center for mental Hygiene, Inc." In April 2020, during the Covid-19 pandemic, I met my current girlfriend who is a nurse at Harlem Hospital. I have been assisting her with giving out boxes of food in the community. My girlfriend has been a positive role model in my life and I have learned alot by watching how she care for

10.22.20

People. I would like to give the nursing field a try. I have learned that being convicted of a felony does not mean that I am exempt from becoming a registered nurse. I would like to be giving the opportunity to apply for dispositions for all of my past charges and present my case to albany.

To my understanding, probation is intended to assist me to integrate myself back into society so that I can become productive. However, there have been more cons than pros. Being on probation has caused me to have to randomly request a day off from work. This will eventually cause me to get terminated from my job. I have also attempted to apply for more productive jobs and have been denied employment after informing them about probation.

Also, I have children and family members that are sick and in need of my presence that I am unable

10.22.20

to visit or care for due to the rules of probation.

Lastly, I am respectfully asking that you please take all of my accomplishments, positive behaviors, and goals into consideration when making a decision. I would like to thank you in advance.

Sincerely yours,

Jermaine Nibbs
Case # 1:S2 12CR00863-10
USM # 67743-054



# Office of the State Superintendent of Education

This Certifies That

## JERMAINE NIBBS

having satisfactorily completed the tests of General Educational Development with scores comparable to those of high school graduates is hereby awarded this

### High School Equivalency Credential

and is entitled to all the Rights and Privileges appertaining thereto. In witness whereof our names are hereto affixed this the 10th Day of May, 2018



Hanseul Kang
State Superintendent of Education

Antoinette S. Mitchell, PhD
Assistant Superintendent
Postsecondary and Career Education

Philip L. PrendDas
GED Administrator

GOVERNMENT OF THE DISTRICT OF COLUMBIA
MURIEL BOWSER, MAYOR



Training


Commission on Human Rights

Certificate of Completion

Confronting
Sexual Harassment
Tools and strategies to create a harassment-free workplace

The New York City Commission on Human Rights
presents this certificate to
JERMAINE NIBBS
8/29/2020  10:07:14

164 of 164

**SAFETY CERTIFIED**

FLAGGING COURSE

FHWA: CODE OF CFR PART 655 SUBPART F

INSTRUCTOR: FREDERICK J. JACK

DATE OF COURSE: 07/26/2018
EXPIRATION DATE: 07/25/2022

JERMAINE NIBBS

FREDERICK J. JACK
DIRECTOR OF TRAINING
2110475

POST OFFICE BOX 115
WEST POINT, NEW YORK 10996
917-855-3462

---

**EMPLOYEE I.D. CARD**

University
Consultation & Treatment
Center for Mental Hygiene, Inc.

Name: Jermaine Nibbs
Job Title: Houskkp Maint
Program: The Ehrlich Residence
Issue Date: May 2, 2019

CardHolder's Signature

Provider for NYS OMH; NYC DOHMH; HRA DASIS; NYC HPD

# CERTIFICATE OF COMPLETION

Coursework: Resume Development, Interviewing Strategies, Emotional Intelligence, Professional Communication, Motivation and Work Ethic

AWARDED TO:

*Jermaine Nibbs*

DATE: September 10, 2018

BRIAN SCHEIBE
Program Manager

DANIELLE SPINA
Program Director

ISMAEL IGARTUA
Vocational Counselor



Safety Certified, Inc.
Post Office Box 115 West Point, New York 10996
917-855-3462

Proudly Presents this Certificate of Completion

to: Jermaine Nibbs

HAS SATISFIED THE REQUIREMENTS FOR 10 HOUR OSHA
29 CFR CONSTRUCTION 1926 SAFETY AND HEALTH TRAINING

(PERMANENT OSHA CARD HAS BEEN ORDERED)

Issue Date: July 25th, 2018

Expire Date: July 24th, 2023

FREDERICK J. JACK, OSHA INSTRUCTOR, C0104510



**NETWORK SUPPORT SERVICES (NSSI)**
Network in the Prisons
Network in the Community

August 15, 2018

Ms. Magaly Cosme, Social Service Coordinator
Bronx Community Reentry Center
2534 Creston Avenue
Bronx, N.Y. 10468

Re: **Jermaine Nibbs**

Dear Ms. Cosme,

Please be advised that Mr. Jermaine Nibbs has been a client of Network Support Services since June 15, 2018.

During his visits to our office, we have been assisting Mr. Nibbs with securing employment by referring him to agencies and businesses for job placement.

Today Mr. Nibbs made contact with our office and was referred to Housing Works Job Developer Vanessa Garcia for possible employment and housing. Ms. Garcia who was present at our site would like for you to contact her at 929-412-6331.

Thank you for your cooperation in this matter. Any questions, please feel free to call me at the below numbers.

Sincerely,


NahShon Jackson
Community Outreach Coordinator




Network Support Services (NSSI) 555 Bergen Ave., Bronx, NY 100454 |347.584.8601

