UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>JERMAINE NIBBS,<br><br>　　　　　　　Defendant. | No. 12-CR-863 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

　　　The Court is in receipt of Defendant Jermaine Nibbs's letter dated October 22, 2020 [dkt. no. 560].  Probation and the Government shall respond to Mr. Nibbs's request for early termination of his supervised release no later than November 10, 2020.

**SO ORDERED.**

Dated:　　October 27, 2020
　　　　　　New York, New York

　　　　　　　　　　　　　　　*Loretta A. Preska*
　　　　　　　　　　　　　　　LORETTA A. PRESKA
　　　　　　　　　　　　　　　Senior United States District Judge