UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>-against-<br><br>JERMAINE NIBBS,<br><br>                    Defendant. | No. 12-CR-863 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    For the reasons stated on the record during the Violation of Supervised Release conference held on June 14, 2022, the violation of supervised release specifications are dismissed and the term of supervised release is terminated effective today.

**SO ORDERED.**

Dated:    July 5, 2022
           New York, New York

                                    */s/ Loretta A. Preska*
                                    LORETTA A. PRESKA
                                    Senior United States District Judge